Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: kbranson@littler.com

Attorneys for Defendants
WAL-MART STORES, INC. and SAM'S WEST, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZACHARY WHITE,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a foreign corporation; SAM'S WEST, INC. d/b/a "SAM'S CLUB #4983," a foreign corporation; DOES I-X and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00155-GMN-EJY<br><br>[PROPOSED] STIPULATION AND ORDER TO CONTINUE DEADLINE RE FILING RESPONSIVE PLEADING<br><br>[FIRST REQUEST] |

Plaintiff ZACHARY WHITE ("Plaintiff") and Defendants WAL-MART STORES, INC.[1] and SAM'S WEST, INC. d/b/a "SAM'S CLUB #4983" (hereinafter jointly "Defendants"), by and through their respective counsel of record, hereby stipulate and agree that Defendants shall have three (3) additional weeks to file their responsive pleading to Plaintiff's Complaint (ECF No. 1), which Complaint was filed on January 22, 2020 (ECF No. 1) and served on January 28, 2020. The parties make this request due to scheduling conflicts and need for additional time to investigate the allegations in the Complaint in order to respond.

If the requested extension is granted, Defendants will file their response to Plaintiff's Complaint on **March 10, 2020**.

---

[1] Wal-Mart Stores, Inc. has been erroneously-named and is an improper Defendant in this action.

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension of time to file a responsive pleading made by the parties and the parties make this request in good faith and not for the purpose of delay.

Dated: February 12, 2020

Respectfully submitted,

*/s/ Kory L. Kaplan, Esq.*
KYLE P. COTTNER, ESQ.
KORY L. KAPLAN, ESQ.
LARSON ZIRZOW KAPLAN & COTTNER

Attorney for Plaintiff
ZACHARY WHITE

Dated: February 12, 2020

Respectfully submitted,

Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendants
WAL-MART STORES, INC. and
SAM'S WEST, INC. d/b/a "SAM'S CLUB #4983"

**ORDER**

**IT IS SO ORDERED.**

Dated: February 13, 2020.

UNITED STATES MAGISTRATE JUDGE

4850-1535-9924.1 080000.4078

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.