Z. KATHRYN BRANSON, ESQ., Bar # 11540
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: kbranson@littler.com

Attorneys for Defendants
WAL-MART STORES, INC. and SAM'S WEST, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ZACHARY WHITE,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a foreign corporation; SAM'S WEST, INC. d/b/a "SAM'S CLUB #4983," a foreign corporation; DOES I-X and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | Case No. 2:20-cv-00155-GMN-EJY<br><br>**AMENDED STIPULATION AND ORDER TO DISMISS WAL-MART STORES, INC. PURSUANT TO ECF NO. 11** |

Plaintiff, ZACHARY WHITE, and Defendants, WAL-MART STORES, INC., and SAM'S WEST, INC. d/b/a SAM'S CLUB #4983, through their respective counsel, hereby stipulate and agree that SAM'S WEST, INC. d/b/a SAM'S CLUB #4983 is the only proper Defendant at this time. Defendants allege that WAL-MART STORES, INC. did not employ Plaintiff, is not a proper party to this action, and based upon such representations, the parties agree to dismiss Wal-Mart Stores, Inc. from this action, without prejudice. The parties further agree that the caption of this matter will be revised in accordance with this stipulation. The parties further agree that, because the action is ongoing between Zachary White and Sam's West, Inc., no determination of responsibility for fees and costs is necessary at this time.

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This stipulation is not being made for any improper purpose or delay.

Dated: February 24, 2020

Respectfully submitted,

/s/ *Kory L. Kaplan, Esq.*
KYLE P. COTTNER, ESQ.
KORY L. KAPLAN, ESQ.
LARSON ZIRZOW KAPLAN & COTTNER

Attorney for Plaintiff
ZACHARY WHITE

Dated: February 24, 2020

Respectfully submitted,

Z. KATHRYN BRANSON, ESQ.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
WAL-MART STORES, INC. and SAM'S WEST, INC.

**ORDER**

**IT IS SO ORDERED.**

Dated this  25  day of February, 2020.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800