LARSON ZIRZOW KAPLAN & COTTNER
KORY L. KAPLAN
Nevada Bar No. 13164
Email: kkaplan@lzkclaw.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Telephone: (702) 382-1170
Facsimile: (702) 382-1169
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ZACHARY WHITE,<br><br>Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC., a foreign corporation; SAM'S WEST, INC. d/b/a "SAM'S CLUB #4983," a foreign corporation; DOES I-X and ROE ENTITIES I-X, inclusive,<br><br>Defendants. | CASE NO. Case No. 2:20-cv-00155-GMN-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT'S PARTIAL MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br>**(Second Request)** |

Plaintiff Zachary White ("Plaintiff") and Defendant Sam's West, Inc. d/b/a Sam's Club #4983 ("Defendant") (collectively, the "Parties"), stipulate and agree as follows, under LR IA 6-1, LR IA 6-2, and LR 7-1:

1. On March 10, 2020, Defendant filed a Partial Motion to Dismiss Plaintiff's Complaint (the "Motion").

2. The Court Clerk has calendared the deadline for Plaintiff to respond to Defendant's Motion as March 24, 2020.

3. On March 31, 2020, an Order approving Stipulation and [Proposed] Order to Extend Deadline for Plaintiff to Respond to Defendant's Partial Motion to Dismiss Plaintiff's Complaint (First Request) was entered. The deadline for Plaintiff to respond to the Motion was extended to April 14, 2020

4. The Parties agree to extend the deadline for Plaintiff to respond to the Motion by twenty-one (21) days to May 5, 2020.

LARSON ZIRZOW KAPLAN & COTTNER
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 382-1170   Fax: (702) 382-1169

5. Counsel for Plaintiff has requested the extension to provide ample time to prepare a response to Defendant's Motion due to the disruption of the office and personnel of counsel for Plaintiff due to the Covid-19 virus, and counsel for Defendant has agreed to the extension.

6. In addition, the Parties are discussing the potential for resolution of this case.

7. This is the second stipulation for an extension of time for Plaintiff to respond to Defendant's Motion, and the Stipulation is not made for purposes of delay.

Dated: April 8, 2020

Respectfully submitted,

LARSON ZIRZOW KAPLAN & COTTNER

/s/ Kory L. Kaplan                           .
KORY L. KAPLAN
Nevada Bar No. 13164
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

Attorney for Plaintiff
ZACHARY WHITE

Dated: April 9, 2020

Respectfully submitted,

LITTLER MENDELSON, P.C.

/s/ Z. Kathryn Branson                           .
Z. KATHRYN BRANSON, ESQ.
Nevada Bar No. 11540
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937

Attorneys for Defendant
SAM'S WEST, INC.

**IT IS SO ORDERED.**

Dated this __10__ day of April, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2